AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

WILLIE THOMAS WEST,

      Petitioner,      JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:09-CV-00417-ECR-RAM**

PALMER, et al.,

      Respondents.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice as untimely.
    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

  December 21, 2009                     **LANCE S. WILSON**
                                                 Clerk

                                                  D. R. Morgan
                                                  Deputy Clerk